UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 25-11358-DMG (AGRx) | Date | December 12, 2025 |
| Title | R. Brent Wisner, et al. v. Rob Bonta, et al. | Page | 1 of 1 |

Present: The Honorable   **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE BRIEFING SCHEDULE FOR PLAINTIFFS' *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER [24]**

On December 9, 2025, Plaintiffs R. Brent Wisner, Wisner Baum, LLP, and Eleos Law LLP (hereinafter, "Plaintiffs") filed a First Amended Complaint against Defendants California Attorney General, Rob Bonta, Executive Director of the State Bar of California, Enderton-Speed, and Chief Trial Counsel of the State Bar of California, George Cardona (hereinafter, "Defendants") in their official capacities.  [Doc. # 19.]  Plaintiffs allege that Defendants violated the U.S. Constitution's Dormant Commerce Clause, Privileges and Immunities Clause, Contract Clause, and the First, Fifth, and Fourteenth Amendments, under 42 U.S.C. section 1983.  *Id.*

On December 12, 2025, Plaintiffs filed an *Ex Parte* Application for a Temporary Restraining Order.  [Doc. # 24 ("TRO App.").]  Plaintiffs seek a TRO enjoining Defendants from enforcing or threatening to enforce California Assembly Bill 931 and Business and Professions Code section 6156 against them.  Defendants' counsel indicated that they would oppose Plaintiffs' TRO App.  *See* Declaration of Timothy Loranger at ¶¶ 10, 12.  Counsel from the Office of the Attorney General requests an extension of time to December 17, 2025 to file an opposition to the TRO App.  *Id.* at ¶ 12.

The Court hereby **GRANTS** the request for extension of time and **ORDERS** the following briefing schedule for Plaintiffs' TRO App.:

1. Defendants shall file their Opposition to the TRO App. by **December 17, 2025**; and
2. Plaintiffs shall file their Reply in support of the TRO App. by **December 19, 2025**.

The Court will schedule a hearing on the TRO if it deems it necessary.

**IT IS SO ORDERED.**

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DD |