| | |
|---|---|
| 1 | ELLIN DAVTYAN (238608) |
| | General Counsel |
| 2 | KIRSTEN GALLER (227171) |
| | Deputy General Counsel |
| 3 | REBECCA LEEDS (221930) |
| 4 | Assistant General Counsel |
| | JENNIFER SPERLING (310551) |
| 5 | Assistant General Counsel |
| 6 | OFFICE OF GENERAL COUNSEL |
| | THE STATE BAR OF CALIFORNIA |
| 7 | 845 South Figueroa Street |
| 8 | Los Angeles, CA 90017 |
| | Tel.: (213) 765-1000 |
| 9 | Fax: (415) 538-2321 |
| 10 | |
| | Attorneys for Defendants |
| 11 | GEORGE CARDONA AND |
| | LAURA ENDERTON-SPEED |
| 12 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. BRENT WISNER, et al., | Case No.: 2:25-cv-11358 |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINES AND SETTING A BRIEFING SCHEDULE** |
| vs. | |
| ROB BONTA, et al., | |
| Defendants. | Chief Judge Dolly M. Gee |

[Proposed] Order Granting Request to Extend Deadlines        Case No. 2:25-cv-11358

The Court, having considered the parties' joint stipulation and request to extend time, and good cause having been shown, hereby grants the joint stipulation and orders as follows:

1. The deadline for Defendants to file their respective motions to dismiss or other responsive pleadings is January 30, 2026.
2. Plaintiffs' oppositions to any Rule 12 motions brought by Defendants shall be due thirty days after the filing of such Rule 12 motions, and Defendants' replies in support of any such Rule 12 motions shall be due fourteen days after the filing of Plaintiffs' oppositions.

**IT IS SO ORDERED.**

Dated: December __, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE