1  Timothy A. Loranger (SBN: 225422)
2  Behram V. Parekh (SBN: 180391)
3  Crawford Appleby (SBN: 291010)
   tloranger@wisnerbaum.com
4  **WISNER BAUM, LLP**
5  11111 Santa Monica Blvd., Ste. 1750
   Los Angeles, California 90025
6  Telephone: (310) 207-3233
   Facsimile: (310) 820-7444
7
8  *Attorney Wisner Baum LLP*

9  *Additional attorneys' contact information
10 on signature page*

11           **UNITED STATES DISTRICT COURT**

12            **CENTRAL DISTRICT OF CALIFORNIA**

13

14 R. BRENT WISNER, an individual; | **CASE NO. 2:25-cv-11358-DMG(AJRx)**
15 WISNER BAUM, LLP, a California
   limited liability partnership; and ELEOS
16 LAW LLP, an Arizona limited liability | **JOINT STIPULATION AND**
17 partnership;                         | **REQUEST TO EXTEND**
                                        | **RESPONSIVE PLEADING**
18              Plaintiffs,             | **DEADLINES**
19        v.                            |
                                        | CHIEF JUDGE DOLLY M. GEE
20 ROB BONTA, in his official capacity as
21 Attorney General of California; and
   STATE BAR OF CALIFORNIA, a
22 public California Corporation;
23
                Defendants.
24
25
26
27
28

        JOINT STIPULATION AND REQUEST TO EXTEND DEADLINES
                         [PROPOSED ORDER]

Pursuant to Local Rule 7-1, the parties, by and through their undersigned counsel, hereby stipulate and agree that, with the Court's permission: (1) the time for defendant Rob Bonta and defendants Laura Enderton-Speed and George Cardona, collectively ("Defendants"), to each respond to Plaintiffs' First Amended Complaint (the "FAC") will be continued an additional sixty (60) days from January 30, 2026 to March 31, 2026; and (2) as previously ordered by the Court (Dkt. 34) the briefing schedule will remain as follows: Plaintiffs' oppositions to any Rule 12 motions brought by Defendants shall be due thirty days after the filing of such motions and Defendants' replies in support shall be due fourteen days after the filing of Plaintiffs' oppositions. In support of this joint request, the parties stipulate as follows:

1. On November 25, 2025, Plaintiffs R. Brent Wisner, an individual; Wisner Baum, LLP, a California limited liability partnership; and Eleos Law LLP, an Arizona limited liability partnership (hereinafter "Plaintiffs"), filed a Complaint against Rob Bonta, in his official capacity as Attorney General of California and the State Bar of California. (Dkt. 1). Service was effectuated December 3, 2025, and the initial responsive pleading deadline for both defendants was December 24, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

2. On December 10, 2025, Plaintiffs filed and served their FAC, as of right, which removed the State Bar as a defendant and added Laura Enderton-Speed and George Cardona, State Bar officials (the "State Bar Defendants"). (Dkt. 19).

1
JOINT STIPULATION AND REQUEST TO EXTEND DEADLINES
[PROPOSED ORDER]

3. On December 19, 2025, the Court issued its Order (Dkt. 34) on the parties' Stipulation for Extension of Time to Respond to First Amended Complaint setting Defendants Deadline to file a responsive pleading on January 30, 2026 with Plaintiffs' opposition to be filed thirty days after such filing and Defendants' reply to be filed fourteen days thereafter.

4. On December 30, 2025, after full briefing, the Court issued its Order denying Plaintiffs' *Ex Parte* Application for Temporary Restraining Order ("TRO") and Request for an Order to Show Cause re Preliminary Injunction. (Dkt. 35).

5. Pursuant to Federal Rule of Civil Procedure 6(b), the Court may, for good cause, extend the time for Defendants' response to the FAC so long as the request is made before the original time expires. This is the parties' second request for an extension of time to respond to the initial complaint pursuant to local rule 8-3 or otherwise.

6. On January 13, 2026, counsel for the parties met and conferred in good faith via Zoom to discuss the case generally in light of the Court's Order denying Plaintiffs' application for a TRO. The parties agree and stipulate that it would be in the interests of judicial economy and preserve resources if the parties had an additional 60 days for their respective motions to dismiss or other responsive pleading deadlines so that the parties may continue these discussions.

7. Other than modifying the deadline in this Court's December 19, 2025 Order (Dkt. 34) for Defendants to file their respective motions to dismiss or other responsive pleadings, an extension of time would not alter the date of any event or deadline already fixed by Court order.

8. The parties further agree that the portion of the Court's December 19, 2025 Order (Dkt. 34) setting the deadline for the opposition and replies to any Rule 12 motions need not be modified.

9. For the foregoing reasons, good cause exists for extending the time for Defendants to respond to the FAC..

10. Accordingly, the parties stipulate, agree, and request that the Court enter the attached proposed order  extending the time for Defendants to answer or otherwise respond to Plaintiffs' FAC to Tuesday, March 31, 2026 and leaving the deadlines for the oppositions and replies to any such Rule 12 motions unchanged from the December 19 Order.

Dated: January 20, 2025        R. BRENT WISNER

By: /s/ R. Brent Wisner
R. BRENT WISNER
Attorney Pro Se

Dated: January 20, 2025        WISNER BAUM LLP

By: /s/ Timothy A. Loranger
TIMOTHY A. LORANGER

3
JOINT STIPULATION AND REQUEST TO EXTEND DEADLINES
[PROPOSED ORDER]

|   |   |   |
|---|---|---|
| 1 |   | Attorneys for Plaintiff Wisner Baum LLP |
| 3 | Dated: January 20, 2025 | ELEOS LAW LLP |
| 4 |   | By: /s/ Helen E. Tokar |
| 5 |   | HELEN E. TOKAR |
| 6 |   | Attorneys for Plaintiff Eleos Law LLP |
| 8 | Dated: January 20, 2025 | STATE BAR OF CALIFORNIA |
|   |   | OFFICE OF THE GENERAL COUNSEL |
| 10 |   | By: /s/ Jennifer H. Sperling |
| 11 |   | JENNIFER H. SPERLING |
|   |   | Assistant General Counsel |
| 12 |   | Attorneys for Defendants |
| 13 |   | GEORGE CARDONA AND |
|   |   | LAURA ENDERTON-SPEED |
| 15 | Dated: January 20, 2025 | STATE OF CALIFORNIA |
| 16 |   | OFFICE OF THE ATTORNEY GENERAL |
| 17 |   | By: /s/ Robert L. Meyerhoff |
| 18 |   | ROBERT L. MEYERHOFF |
| 19 |   | Deputy Attorney General |
|   |   | Attorneys for Defendant |
| 20 |   | ROB BONTA |

4
JOINT STIPULATION AND REQUEST TO EXTEND DEADLINES
[PROPOSED ORDER]

**Attestation of Concurrence in Filing**

I, Timothy A. Loranger, am the ECF user whose ID and password are being used to file the foregoing Joint Stipulation and Request to Extend Responsive Pleading Deadlines for the First Amended Complaint. Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 20, 2025                    WISNER BAUM LLP

                                              By: */s/ Timothy A. Loranger*
                                              TIMOTHY A. LORANGER
                                              Attorneys for Plaintiff Wisner Baum LLP

# CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, a copy of the foregoing was filed via the court's CM/ECF system which will electronically serve a copy to all counsel who have appeared in this case.

                                        */s/ Timothy A. Loranger*
                                        Timothy A. Loranger