1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. BRENT WISNER, an individual; WISNER BAUM, LLP, a California limited liability partnership; and ELEOS LAW LLP, an Arizona limited liability partnership;<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; and STATE BAR OF CALIFORNIA, a public California Corporation;<br><br>　　　　　　　Defendants. | **CASE NO. CV 25-11358-DMG (AJRx)**<br><br>**ORDER RE REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINES [36]** |

ORDER RE REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINES

The Court has reviewed and considered the parties' Stipulation to further extend the time for Defendants to file responses to Plaintiff's First Amended Complaint. (Dkt. #36). Good cause appearing, the Court hereby **APPROVES** the Stipulation and **ORDERS** as follows:

1. The deadline for Defendants to file their respective motions to dismiss or other responsive pleadings is March 31, 2026; and

2. The deadlines for the Plaintiffs' oppositions to any Rule 12 motions brought by Defendants and Defendants' replies in support of any such Rule 12 motions remain unchanged and are set forth in this Court's December 22, 2025 Order [Doc. # 34].

DATED: January 21, 2026

_____
DOLLY M. GEE
Chief United States District Judge

ORDER RE REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINES