1  R. Brent Wisner (SBN: 276023)
   RBWisner@wisnerbaum.com
2  **WISNER BAUM, LLP**
3  11111 Santa Monica Blvd., Ste. 1750
   Los Angeles, California 90025
4  Telephone: (310) 207-3233
5  Facsimile: (310) 820-7444

6  *Attorney Pro Se*

7  *Additional attorneys' contact information
8  on signature page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. BRENT WISNER, an individual; WISNER BAUM, LLP, a California limited liability partnership; and ELEOS LAW LLP, an Arizona limited liability partnership;<br><br>               Plaintiffs,<br>   v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; LAURA ENDERTON-SPEED, in her official capacity as Executive Director of The State Bar of California; and GEORGE CARDONA, in his official capacity as Chief Trial Counsel for The State Bar of California,<br><br>               Defendants. | **CASE NO. 2:25-cv-11358-DMG**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**[FRCP 41(a)(1)(A)(i)]**<br><br>JUDGE: THE HONORABLE DOLLY M. GEE |

NOTICE OF DISMISSAL

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiffs, R. Brent Wisner, Wisner Baum LLP, and Eleos Law LLP, hereby voluntarily dismiss this entire action, WITHOUT PREJUDICE.

2. This Notice is filed before any Defendant has served an answer or a motion for summary judgment.

Respectfully submitted,

Dated:  February 26, 2026

By:  /s/ R. Brent Wisner
R. Brent Wisner, Esq. (SBN: 276023)
rbrentwisner@wisnerbaum.com
11111 Santa Monica Blvd., Ste. 1750
Los Angeles, California 90025
Telephone: (310) 207-3233

*Attorney Pro Se*

**WISNER BAUM LLP**

By:  /s/ Timothy A. Loranger
Timothy A. Loranger, Esq. (SBN: 225422)
tloranger@wisnerbaum.com
Behram V. Parekh, Esq. (SBN: 180361)
bparekh@wisnerbaum.com
Crawford Appleby, Esq. (SBN: 292010)
cappleby@wisnerbaum.com
11111 Santa Monica Blvd., Ste. 1750
Los Angeles, California 90025
Telephone: (310) 207-3233

*Attorneys for Plaintiff Wisner Baum LLP*

**ELEOS LAW LLP**

By:  /s/ Helen E. Tokar
Helen E. Tokar, Esq. (SBN: 283649)

htokar@eleoslaw.com
2 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (623) 253-9531

*Attorney for Plaintiff Eleos Law LLP*

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that the foregoing was served on February 26, 2026 via this court's CM/ECF filing system which will electronically service this document to all counsel of record.

Dated:  February 26, 2026

By:  /s/ Timothy A. Loranger
Timothy A. Loranger, Esq.

NOTICE OF DISMISSAL